USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/18/14 Scheindlin, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

DEBRA BURSET & PAULINO TZUL,

                               Plaintiffs,

**STIPULATION AND
ORDER OF DISMISSAL**

-against-

14 Civ. 7155 (SAS)

THE CITY OF NEW YORK, N.Y.C. P.O. JEFFREY MUTIS
and N.Y.C. P.O. TIMOTHY CANNIFF, EACH SUED
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY,

                               Defendants.
------------------------------------------------------------------x

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
_____, 2014

LAW OFFICES OF STEVEN A. HOFFNER
*Attorneys for Plaintiff*
325 Broadway, Suite 505
New York, New York 10007

By: _____
Steven A Hoffner
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendants City, Canniff and Mutis*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Ryan G. Shaffer
Senior Counsel

SO ORDERED:

_____
HON. SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

Dated: Dec. 18, 2014

2